**STATE of Missouri, Respondent,**

v.

**Steven Raydell MIDGYETT, Appellant.**

No. WD 54788.

Missouri Court of Appeals,
Western District.

June 30, 1998.

Patrick J. Eng, David M. Eldon, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Steven R. Midgyett appeals the circuit court's judgment of his jury conviction for possession with intent to distribute a controlled substance, § 195.211, RSMo 1994.

Affirmed. Rule 30.25(b).

■

**Jason Scott HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 54895.

Missouri Court of Appeals,
Western District.

June 30, 1998.

Susan L. Hogan, Public Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HOWARD, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Jason Scott Hayes appeals the circuit court's judgment denying his Rule 24.035 motion to set aside his guilty plea to one count of murder in the first degree. We affirm. Rule 84.16(b).